**Appeal No.  2023AP2203**

Cir. Ct. No.  2023FA203

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**
**DISTRICT IV**

---

IN RE THE MARRIAGE OF:

SARAH M. MORGAN,

    PETITIONER-RESPONDENT,

  V.

CHRISTOPHER J. TOSSING,

    RESPONDENT-APPELLANT.

FILED

Aug. 7, 2025

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Rhonda L. Lanford
Circuit Court Judge
Electronic Notice

Jeff Okazaki
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Andrea D. Brendemuehl
Asst. Corp. Counsel
Room 365
210 Martin Luther King Jr. Blvd.
Madison, WI 53703-3350

Sarah M. Morgan
1705 Baird St
Madison, WI 53713

Christopher J. Tossing 652502
New Lisbon Correctional Inst.
P.O. Box 2000
New Lisbon, WI 53950-2000

PLEASE TAKE NOTICE that corrections were made to paragraphs 2 and 9 n.2 in the above-captioned opinion which was released on July 20, 2025.  A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.